# UNITED STATES DISTRICT COURT

___SOUTHERN___ District of ____OHIO (Cincinnati)_____

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

William Lee Copeland

Case No.     1:14cr038
USM No.     08322-003

C. Ransom Hudson, Esq.
Defendant's Attorney

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    listed below    of the term of supervision.

☐    was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to refrain from use of controlled substance | 10/27/2017 |
| 2 | Failure to participate in treatment | 11/1/2017 |

     The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7478

Defendant's Year of Birth: 1968

City and State of Defendant's Residence:
Cincinnati, Ohio

November 28, 2017
Date of Imposition of Judgment

*Aulun 4, 2017*
DATE

Michael R. Barrett, United States District Judge
Name and Title of Judge

*Michael R. Barrett*
SIGNATURE

DEFENDANT: William Lee Copeland
CASE NUMBER: 1:14cr038

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Twelve months plus one day with credit for time served and no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL